IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**CHRISTINE MONEY,**                                       **05-CV-6309-PK**

        **Plaintiff,**                                **ORDER**

**v.**

**MICHAEL J. ASTRUE,**[1]
**Commissioner, Social Security**
**Administration,**

        **Defendant.**


**KATHRYN TASSINARI**
**ROBERT BARON**
Cram, Harder, Wells & Baron
474 Willamette Street, Suite 200
Eugene, OR 97401
(541) 686-1961

        Attorneys for Plaintiff

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. He is, therefore, substituted as the Defendant in this action pursuant to Federal Rule of Civil Procedure 25(d)(1) and 20 U.S.C. § 405(g).

1 - ORDER

**KARIN J. IMMERGUT**
United States Attorney
**NEIL J. EVANS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
(503) 727-1053

**MICHAEL McGAUGHRAN**
Regional Chief Counsel
**JOANNE E. DANTONIO**
Special Assistant United States Attorney
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/901
Seattle, WA 98104-7075
(206) 615-2545

       Attorneys for Defendant

**BROWN, Judge.**

Magistrate Judge Paul Papak issued Findings and Recommendation (#23) on January 23, 2007, in which he recommended this Court grant the Commissioner's Motion for Remand (#19), reverse the Commissioner's decision, and remand this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings before a different Administrative Law Judge consistent with the findings of this Court. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See*

2 - ORDER

*also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#23). Accordingly, the Court **GRANTS** the Commissioner's Motion for Remand (#19), **REVERSES** the Commissioner's decision, and **REMANDS** this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings before a different Administrative Law Judge consistent with the findings of this Court.

IT IS SO ORDERED.

DATED this 23rd day of February, 2007.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

3 - ORDER